# IRVIN v MUTUAL BLDG & INVEST CO et

Ohio Appeals, 8th Dist, Cuyahoga Co

No 14438. Decided April 29, 1935

Joseph J. Stern, Cleveland, for plaintiff in error.

Rees H. Davis, Cleveland, for defendant in error.

For full opinion see 2 OO 443; 198 NE 44; 50 Oh Ap 228. **Reversed by Ohio Supreme Court. See 130 Oh St 312.**